IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARCUS PIGGEE | ) |
| | ) |
| v. | ) NO. 3:05-0531 |
| | ) JUDGE CAMPBELL |
| GOODWILL INDUSTRIES OF | ) |
| MIDDLE TENNESSEE, INC. | ) |

ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Docket No. 10) and Defendant's Motion to Strike Plaintiff's Response to Defendant's Statement of Undisputed Material Facts (Docket No. 20). For the reasons stated in the accompanying Memorandum, Defendant's Motion for Summary Judgment is GRANTED, and Defendant's Motion to Strike is DENIED.

This matter is DISMISSED, and the pretrial conference set for January 8, 2007, and the trial set for January 16, 2007, are canceled. This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE